NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VL COLLECTIVE IP, LLC,**
*Appellant*

**v.**

**META PLATFORMS, INC., INSTAGRAM, INC., WHATSAPP LLC, META PLATFORMS TECHNOLOGIES, LLC, GIPHY, INC.,**
*Appellees*

———————————

2025-1415

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00924.

-------------------------------------------------

**GIPHY, INC.,**
*Appellant*

**v.**

**VL COLLECTIVE IP, LLC,**
*Appellee*

———————————

2025-1454

———————————

2          VL COLLECTIVE IP, LLC v. META PLATFORMS, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00924.

_____

**O R D E R**

Upon consideration of the parties' stipulation to dismiss Appeal No. 2025-1415 pursuant to Federal Rule of Appellate Procedure 42(b)(1), and Meta Platforms, Inc., Instagram, Inc., WhatsApp LLC, and Meta Platforms Technologies, LLC's withdrawal from Appeal No. 2025-1454,

It Is Ordered That:

(1) Appeal No. 2025-1415 is deconsolidated from Appeal No. 2025-1454. The revised official captions are reflected above.

(2) Appeal No. 2025-1415 is voluntarily dismissed.

(3) Each side shall bear its own costs as to Appeal No. 2025-1415.

(4) GIPHY, Inc.'s opening brief in Appeal No. 2025-1454 is due within 60 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 11, 2025
          Date

ISSUED AS A MANDATE (as to 2025-1415 only): August 11, 2025